UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60895-RAR

**SHAWN MOORE**,

    Plaintiff,

v.

**ALLIANCEONE RECEIVABLES MANAGEMENT, INC.**,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on *sua sponte* review of the record. On December 10, 2021, the Court held a status conference in this matter ("Hearing") to discuss the decision by the United States Court of Appeals for the Eleventh Circuit vacating the opinion in *Hunstein v. Preferred Collection & Management Services, Inc.*, No. 19-14434-HH (11th Cir. 2019). *See* [ECF No. 36]. At the Hearing, both parties recognized that Article III standing in this matter is dependent on the *Hunstein* opinion, which has now been vacated. Accordingly, for the reasons stated on the record at the Hearing, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*. "In order to bring a suit in federal court, a plaintiff must have standing. Standing is a threshold jurisdictional question of whether a court *may* consider the merits of a dispute." *Nunnelee v. United States*, 573 F. App'x 886, 886 (11th Cir. 2014) (citing *Elend v. Basham*, 471 F.3d 1199, 1204 (11th Cir. 2006)) (emphasis added). When a party is found to lack standing, the proper course of action is to "dismiss without prejudice for lack of subject matter jurisdiction." *Id*.

at 887. The Clerk is directed to **CLOSE** this case and all pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of December, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**